UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Robert Turner,

        Plaintiff,

vs.                                                                 ORDER ADOPTING THE
                                                  REPORT AND RECOMMENDATION
Carollyn W. Colvin, Actinhg
Commissioner of Social Security,

        Defendant.                                    Civ. No. 13-2137 (ADM/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That Plaintiff's Complaint, [Docket No. 1], is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

                                                    s/Ann D. Montgomery

                                                    _____
DATED: March 18, 2014                   Ann D. Montgomery, Judge
At Minneapolis, Minnesota           United States District Court